IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONNA WETHERELL, individually, and** )
**as a Class Action Representative,** )
)
       Plaintiff, )
) Civil No. **07-696-MJR**
v. )
)
**CLIMATEMASTER, INC.,** )
)
       Defendant. )

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Defendant ClimateMaster's First Motion to Compel, and Brief in Support. **(Docs. 20 & 21)**.

Defendant's counsel orally informed the court that the motion was inadvertently filed before complying with the procedure for resolution of discovery disputes set out in the scheduling order. The court will therefore strike the motion. Counsel should follow the procedure set forth in the scheduling order, **Doc. 15**, before filing any discovery motions.

It is hereby ordered that Defendant ClimateMaster's First Motion to Compel, and Brief in Support **(Docs. 20 & 21)** shall be **STRICKEN**.

    **IT IS SO ORDERED.**

    **DATE: July 1, 2008.**

                                     **s/ Clifford J. Proud**
                                     **CLIFFORD J. PROUD**
                                     **UNITED STATES MAGISTRATE JUDGE**