IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DONNA WETHERELL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **07-696-MJR** |
| | ) | |
| **CLIMATEMASTER, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Defendant ClimateMaster is before the Court seeking to compel plaintiff Wetherell to comply with defendant's request for production of signed medical authorizations for every healthcare provider who has treated plaintiff relative to the allegations in the complaint (Request for Production No. 2). **(Doc. 24).** In response to the request for production, plaintiff indicated that she would provide the authorizations as soon as defendant specifically identified which providers' records defendant was seeking. **(Doc. 25-3, p. 1).** In response to the subject motion to compel, plaintiff indicates she will not seek personal injury damages, and that her medical records are irrelevant to her suitability as class representative. **(Doc. 28).**

The complaint does allege the defendant exposed users to toxic refrigerant and associated harms and failed to prevent injury from the toxic coolants. **(Doc. 3-2, p. 11).** Of course, plaintiff's informal assertions that she will not seek damages related to physical or psychological injury carry no weight. Furthermore, plaintiff is sending mixed signals, in that her interrogatory response states that "*at this time*, Plaintiff is not seeking damages for any personal injury she may have sustained as a result of Defendant's conduct." **(Doc. 25-4, p. 7).** However, plaintiff has now filed a motion to amend the complaint to omit any claim for personal injury." **(Doc.**

32). Defendant objects to permitting plaintiff to amend the complaint, chiefly because plaintiff wants to add her husband as a named plaintiff and potential class representative. **(Doc33).** Defendant does argue that the amendment is an attempt to avoid interjecting plaintiff's purported mental health issues into discovery and the question of whether plaintiff is an adequate class representative. By separate order, the motion to amend has been granted, thereby making the subject motion to compel moot, because all claims and/or suggestions of physical or mental injury have been omitted. Defendant has not made an adequate showing that plaintiff's mental health is relevant to her ability to act as class representative. Therefore, the continued relevance of plaintiff's healthcare records is not apparent.

**IT IS THEREFORE ORDERED** that the subject motion to compel **(Doc. 24)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: September 17, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**