# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA WETHERELL and ROBIN WETHERELL, Individually and as Class Action Representatives, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 07-CV-0696-MJR ) |
| CLIMATEMASTER, INC., | ) ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

On December 5, 2008, Defendant filed a motion for summary judgment (Doc. 56), which argues that the class representatives' claims are barred by the statute of limitations. That motion remains pending at this time. However, Plaintiffs recently moved for leave to file a second amended complaint (Doc. 83).

Defendant now asks the Court to delay any ruling on the motion to amend until it is able to resolve the summary judgment motion (Doc. 89). It appears that Defendant believes that its motion for summary judgment will resolve all of the claims in this case, irrespective of the proposed amendments. Plaintiffs apparently disagree, which suggests that the proposed amendments, if permitted, might alter the Court's analysis when ruling on summary judgment.

Having fully considered the matter, the Court **DENIES** the Defendant's motion to stay (Doc. 89). If Magistrate Judge Proud permits Plaintiffs to file a second amended complaint, the pending motion for summary judgment will be denied without prejudice. Defendant may re-file its motion for summary judgment at any time, so long as it attacks Plaintiffs' claims as presented in the

second amended complaint. In that case, the Court intends to enter an abbreviated briefing schedule to facilitate a ruling in advance of the hearing on Plaintiffs' pending motion for class certification, if possible.

**IT IS SO ORDERED.**

**DATED this 9th day of July 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**